[Civil No. 850.]

WILLIAM KLINE, Appellant, v. CLAY HOCKETT and SARAH HOCKETT, Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Fletcher M. Doan, Judge.

O. Gibson, for Appellant.

Edwards & McFarland, for Appellees.

January 18, 1904. Affirmed on short transcript.

———

[Civil No. 828.]

MARTIN COSTELLO, Appellant, v. EMIL MARKS et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Edward Kent, Judge.

James Reilly, and Joseph H. Kibbey, for Appellant.

Barnes & Martin, for Appellees.

March 26, 1904.

DOAN, J.—By stipulation of the parties hereto, this case is remanded to the district court, with direction to enter judgment for the defendant in that court in accordance with his cross-complaint.

SLOAN, J., and DAVIS, J., concur.